## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

——————————————————————x
:
JAMES M. BAKER, On behalf of himself and all  :   Case No. 1:05-cv-00272-GMS
others similarly situated,  :
:
             Plaintiff,  :   <u>CLASS ACTION</u>
:
    vs.  :
:
MBNA CORP., BRUCE L. HAMMONDS,  :
KENNETH A. VECCHIONE, RICHARD K.  :
STRUTHERS, CHARLES C. KRULAK, JOHN  :
R. COCHRAN, III, MICHAEL G. RHODES,  :
LANCE L. WEAVER, and JOHN W.  :
SCHEFLEN,  :
:
            Defendants.  :
:
——————————————————————x
:
ROCHELLE PHILLIPS, On behalf of herself and  :
all others similarly situated,  :   Case No. 1:05-cv-00277-GMS
:
            Plaintiff,  :   <u>CLASS ACTION</u>
:
    vs.  :
:
MBNA CORP., BRUCE L. HAMMONDS, and  :
KENNETH . VECCHIONE,  :
:
            Defendants.  :
:
——————————————————————x

**(Additional Captions Set Forth Below)**

## DECLARATION OF RALPH SIANNI IN SUPPORT OF THE MOTION OF ACTIVEST FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL <u>OF ITS SELECTION OF LEAD COUNSEL</u>

—————————————————————————x

|  | : |  |
|---|---|---|
| ROBERT WILKINS, Individually and on behalf of all others similarly situated, | : | Case No. 1:05-cv-00287-GMS |
|  | : |  |
| Plaintiff, | : | CLASS ACTION |
|  | : |  |
| vs. | : |  |
|  | : |  |
| MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN, | : |  |
|  | : |  |
| Defendants. | : |  |

—————————————————————————x

|  | : |  |
|---|---|---|
| LEONARD BRONSTEIN, On behalf of himself and all others similarly situated, | : | Case No. 1:05-cv-00289-GMS |
|  | : |  |
| Plaintiff, | : | CLASS ACTION |
|  | : |  |
| vs. | : |  |
|  | : |  |
| MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN, | : |  |
|  | : |  |
| Defendants. | : |  |

—————————————————————————x

———————————————————x

GREG PENN, On behalf of himself and all others
similarly situated,

                  Plaintiff,

     vs.

MBNA CORP., BRUCE L. HAMMONDS,
KENNETH A. VECCHIONE, RICHARD K.
STRUTHERS, and  LANCE L. WEAVER,

                  Defendants.

:     Case No. 1:05-cv-00293-GMS

:     <u>CLASS ACTION</u>

———————————————————x

CLIFFORD W. JONES, On behalf of himself and
all others similarly situated,

                  Plaintiff,

     vs.

MBNA CORP., BRUCE L. HAMMONDS, and
KENNETH A. VECCHIONE,

                  Defendants.

:     Case No. 1:05-cv-00316-GMS

:     <u>CLASS ACTION</u>

———————————————————x

MICHAEL D. BLUM, On behalf of himself and
all others similarly situated,

                  Plaintiff,

     vs.

MBNA CORP., BRUCE L. HAMMONDS,
KENNETH A. VECCHIONE, JOHN R.
COCRAN, III, RICHARD K. STRUTHERS, and
LANCE L. WEAVER,

                  Defendants.

:     Case No. 1:05-cv-00372-GMS

:     <u>CLASS ACTION</u>

———————————————————x

———————————————————————x
:
THOMAS J. CUSSEN, On behalf of himself and    :
all others similarly situated,                :          Case No. 1:05-cv-00389-GMS
:
      Plaintiff,    :          <u>CLASS ACTION</u>
:
  vs.    :
:
MBNA CORP., BRUCE L. HAMMONDS,    :
KENNETH A. VECCHIONE, RICHARD K.    :
STRUTHERS, CHARLES C. KRULAK, JOHN    :
R. COCRAN, III, MICHAEL G. RHODES,    :
LANCE L. WEAVER and JOHN W. SCHEFLEN,    :
:
     Defendants.    :
:
:
———————————————————————x

RALPH SIANNI, of full age, hereby declares under penalties of perjury:

  1.  I am associated with the law firm of Milberg Weiss Bershad & Schulman LLP. I submit this Declaration in Support of the Motion of Activest for Consolidation, Appointment as Lead Plaintiff, and Approval of Its Selection Of Lead Counsel.

  2.  Attached hereto as Exhibit A is a true and correct copy of the PSLRA notice published by counsel for plaintiff in the first-filed action on *Business Wire* on May 5, 2005.

  3.  Attached hereto as Exhibit B is a true and accurate copy of the PSLRA certification of Activest.

  4.  Attached hereto as Exhibit C is a chart analyzing Activest's financial interest in the litigation.

  5.  Attached hereto as Exhibit D is the firm resume of Milberg Weiss Bershad & Schulman LLP.

Dated: July 5, 2005       /s/ Ralph Sianni
              Ralph Sianni