UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES M. BAKER, On Behalf of Himself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>MBNA CORP., et al.,<br><br>      Defendants. | Civil Action No. 1:05-cv-00272-GMS<br><br><u>CLASS ACTION</u> |
| ROCHELLE PHILLIPS, On Behalf of Herself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>MBNA CORP., et al.,<br><br>      Defendants. | Civil Action No. 1:05-cv-00277-GMS<br><br><u>CLASS ACTION</u> |

[Caption continued on following page.]

THE CITY OF DEERFIELD BEACH'S RESPONSE TO THE COMPETING
MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND
FOR APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL

**JULY 21, 2005**

| | |
|---|---|
| ROBERT WILKINS, Individually and On Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>vs.<br><br>MBNA CORP., et al.,<br><br>                  Defendants. | Civil Action No. 1:05-cv-00287-GMS<br><br>CLASS ACTION |
| LEONARD BRONSTEIN, On Behalf of Himself and All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>vs.<br><br>MBNA CORP., et al.,<br><br>                  Defendants. | Civil Action No. 1:05-cv-00289-GMS<br><br>CLASS ACTION |
| GREG PENN,<br><br>                  Plaintiff,<br><br>vs.<br><br>MBNA CORP., et al.,<br><br>                  Defendants. | Civil Action No. 1:05-cv-00293-GMS<br><br>CLASS ACTION |
| CLIFFORD W. JONES, On Behalf of Himself and All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>vs.<br><br>MBNA CORP., et al.,<br><br>                  Defendants. | Civil Action No. 1:05-cv-00316-GMS<br><br>CLASS ACTION |

[Caption continued on following page.]

| | | |
|---|---|---|
| MICHAEL D. BLUM,                        )<br>                                         )<br>                    Plaintiff,          )<br>                                         )<br>    vs.                                  )<br>                                         )<br>MBNA CORP., et al.,                      )<br>                                         )<br>                    Defendants.         )<br>                                         ) | Civil Action No. 1:05-cv-00372-GMS<br><br>**<u>CLASS ACTION</u>** | |
| THOMAS J. CUSSEN, On Behalf of Himself  )<br>and All Others Similarly Situated,       )<br>                                         )<br>                    Plaintiff,          )<br>                                         )<br>    vs.                                  )<br>                                         )<br>MBNA CORP., et al.,                      )<br>                                         )<br>                    Defendants.         )<br>                                         ) | Civil Action No. 1:05-cv-00389-GMS<br><br>**<u>CLASS ACTION</u>** | |

Institutional Investor City of Deerfield Beach Non-Uniform Employees Retirement Plan ("City of Deerfield Beach") respectfully submits this response to the competing motions for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead and Liaison Counsel filed on July 5, 2005. Upon review of the competing motions, based on the data submitted to the Court, it appears that Activest PT-Master & Activest Enerfonds has the largest financial interest of the proposed lead plaintiffs. If the Court determines that the motion of Activest PT-Master & Activest Enerfonds is deficient in any way, City of Deerfield Beach is ready, willing and capable to perform the duties of lead plaintiff.

DATED: July 21, 2005

ROSENTHAL, MONHAIT, GROSS
& GODDESS, P.A

/s/ Joseph A. Rosenthal

JOSEPH A. ROSENTHAL (Del. No. 234)
JEFFREY S. GODDESS (Del. No. 630)

919 Market Street, Suite 1401
Wilmington, DE 19801
Telephone: 302/656-4433
jgoddess@rmgglaw.com

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
PAUL J. GELLER
197 S. Federal Highway, Suite 200
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA, JR.
200 Broadhollow Road, Suite 406
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

Counsel for City of Deerfield Beach

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2005, I electronically filed The City Of Deerfield Beach's Response To The Competing Motions For Consolidation, Appointment As Lead Plaintiff And For Approval Of Selection Of Lead And Liaison Counsel, using CM/ECF, which will send notification of such filing to the following:

> Seth D. Rigrodsky, Esquire
> Ralph Nicholas Sianni, Esquire
> Milberg Weiss Bershad & Schulman LLP
> 919 Market Street, Suite 411
> Wilmington, DE 19801
> srigrodsky@milbergweiss.com
> rsianni @milbergweiss.com
>
> A. Zachary Naylor, Esquire
> Chimicles & Tikellis LLP
> One Rodney Square
> P. O. Box 1035
> Wilmington, DE 19899
> zacharynaylor@chimicles.com
>
> Joseph N. Gielata, Esquire
> 501 Silverside Road, Suite 90
> Wilmington, DE 19809
> joe@gielatalaw.com

I further certify that on July 21, 2005, I have caused the above-listed documents to be sent by first-class mail to all additional counsel on the attached service list.

_____
Jeffrey S. Goddess (Del. Bar No. 630)
Rosenthal, Monhait, Gross
 & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jgoddess@rmgglaw.com

MBNA CORP. (DE)
Service List - 7/1/2005   (05-0098D)
Page 1 of 3

**Counsel For Defendant(s)**

Richard C. Pepperman II
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498
   212/558-4000
   212/558-3588 (Fax)

Richard H. Morse
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
The Brandywine Building
Wilmington, DE 19899
   302/571-6600
   302/571-1253 (Fax)

**Counsel For Plaintiff(s)**

Joshua M. Lifshitz
Bull & Lifshitz LLP
18 E. 41st Street
New York, NY 10017
   212/213-6222
   212/213-9405 (Fax)

Frank J. Johnson
Johnson Law Firm, A P.C.
402 W. Broadway, 27th Floor
San Diego, CA 92101
   619/230-0063
   619/230-1839 (Fax)

Deborah R. Gross
Robert P. Frutkin
Law Offices Bernard M. Gross, P.C.
100 Penn Square East, Suite 450
Juniper and Market Streets
Philadelphia, PA 19107
   215/561-3600
   215/561-3000 (Fax)

Charles J. Piven
Law Offices of Charles J. Piven, P.A.
The World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD 21202
   410/332-0030
   410/685-1300 (Fax)

James M. Orman
Law Offices of James M. Orman
1845 Walnut Street, 14th Floor
Philadelphia, PA 19103
   215/523-7800
   215/523-9290 (Fax)

Paul J. Geller
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
197 S. Federal Highway, Suite 200
Boca Raton, FL 33432
   561/750-3000
   561/750-3364 (Fax)

MBNA CORP. (DE)
Service List - 7/1/2005    (05-0098D)
Page 2 of 3

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
200 Broadhollow Road, Suite 406
Melville, NY  11747
  631/367-7100
  631/367-1173(Fax)

Karen Hanson Riebel
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401
  612/339-6900
  612/339-0981(Fax)

Seth D. Rigrodsky
Ralph N. Sianni
Brian D. Long
Milberg Weiss Bershad & Schulman LLP
919 North Market Street, Suite 411
Wilmington, DE  19801
  302/984-0597
  302/984-0870(Fax)

Steven G. Schulman
Peter E. Seidman
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY  10119
  212/594-5300
  212/868-1229(Fax)

Marc A. Topaz
Richard A. Maniskas
Tamara Skvirsky
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA  19087
  610/667-7706
  610/667-7056(Fax)

David R. Scott
Scott + Scott, LLC
108 Norwich Avenue
Colchester, CT  06415
  860/537-5537
  860/537-4432(Fax)

Arthur L. Shingler III
Scott + Scott, LLC
401 B Street, Suite 307
San Diego, CA  92101
  619/233-4565
  619/233-0508(Fax)

MBNA CORP. (DE)
Service List - 7/1/2005    (05-0098D)
Page 3 of 3

Stephen A. Weiss
Eric T. Chaffin
Roopal Luhana
Seeger Weiss LLP
1 William Street
New York, NY 10004-2502
  212/584-7000
  212/584-0799 (Fax)

Lester L. Levy
Michael A. Schwartz
Caroline S. Curtiss
Wolf Popper LLP
845 Third Avenue
New York, NY 10022
  212/759-4600
  212/486-2093 (Fax)